IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

USCOC OF GREATER MISSOURI, L.L.C., )
 )
 Plaintiff, )
 )
v. ) Case No. 08-41-JPG
 )
CITY OF ALTON, ILLINOIS, )
an Illinois political subdivision, )
 )
 Defendant. )

## JUDGMENT

This matter having come before the Court, and all parties having consented to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

            **NORBERT JAWORSKI**


            **By:s/Deborah Agans, Deputy Clerk**


**Dated: April 17, 2008**


**Approved:** s/ J. Phil Gilbert
     **J. PHIL GILBERT**
     **DISTRICT JUDGE**